Decided February 23, 1909.

## STATE *v.* FERRY.

[99 Pac. 1044.]

From Coos: JAMES W. HAMILTON, Judge.

The defendant, William Ferry, was tried, convicted, and fined for violating the statute in reference to gambling, and he appeals. AFFIRMED.

Submitted on briefs under the proviso of Rule 16 of the Supreme Court. 50 Or. 580.

For appellant there was a brief over the names of *Messrs. Guerry & Hollister* and *Mr. Austin S. Hammond*.

For the State there was a brief over the name of *Mr. George M. Brown*, District Attorney.

MR. JUSTICE KING delivered the opinion of the court.

Defendant, Ferry, appeals from the judgment of conviction under the statute for gambling, and the question presented is identical with that in *State* v. *Short*, 53 Or. 245 (99 Pac. 1043), and for the reasons there stated must be affirmed. AFFIRMED.